**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARLON J. BARRERA,

                Plaintiff,

-against-    24 CIVIL 7194 (CM)

**JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION, INGRID MONTILLA, AIDITH LLEWELYN, MARIEL GUZMAN, NEW YORK COMMISSIONER OF EDUCATION, BETTY ROSA, SENIOR EXECUTIVE DIRECTOR, CHRISTOPHER TRICARICO, MELISSA AVILES-RAMOS, JOHN DOES (1-10), POLICY MAKERS,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 17, 2025, the motion to dismiss is GRANTED and the complaint is dismissed WITH PREJUDICE; accordingly, the case is closed.

**Dated:** New York, New York

      November 18, 2025

                                                **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                   **BY:**      K. Mango

                                                      **Deputy Clerk**